UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF DEMETRIUS L. STEPHENSON,
by special administrator Richard Coad,

        Plaintiff,

        v.                         Case No. 22-C-956

CALUMET COUNTY, et al.,

        Defendants.

---

## ORDER GRANTING SECOND MOTION TO MODIFY PROTECTIVE ORDER

---

On October 4, 2023, Plaintiff filed a Rule 7(h) expedited motion to modify the protective order in the above matter to comply with HIPAA (Dkt. No. 112). Although no party has responded to Plaintiff's motion, the court understands from email correspondence submitted by Plaintiff that Defendant Advanced Correctional Healthcare Inc. (ACH) opposes the proposed order because it is not geographically limited to the facility where the deceased was housed at the time of his death. The court agrees with Plaintiff that geographic limitations are not required in the protective order. ACH, and any other Defendant for that matter, are free to challenge the scope of any discovery requests served on them regardless of the terms of the protective order that govern the confidentiality required of any response. Accordingly, Plaintiff's motion is granted, and the court will enter the proposed Amended HIPAA Qualified Protective Order [Dkt. No. 112-1].

**SO ORDERED** at Green Bay, Wisconsin this <u>16th</u> day of October, 2023.

s/ William C. Griesbach
William C. Griesbach
United States District Judge