UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

THE ESTATE OF DEMETRIUS L. STEPHENSON
BY SPECIAL ADMINISTRATOR RICHARD COAD,

    *Plaintiff,*

    *v.*                        Case No: 1:22-cv-956

CALUMET COUNTY, ET AL.,

    *Defendants.*

_____

**STIPULATION FOR DISMISSAL OF DEFENDANTS
PRIOR TO MOTIONS FOR SUMMARY JUDGMENT**

_____

It is hereby stipulated by and between the undersigned parties, by and through their respective counsel, that the following defendants in this matter shall be dismissed with prejudice, and without costs to any party:

1. Ashley Pfeifer,
2. Maggie Ratajczak,
3. Dalia Dedering,
4. Katrina Rumpff,
5. Lori Fleming,
6. Kurt Mayer,
7. Kimberly Sentek,
8. Steven Johannes,
9. Brian Breit,
10. Brian Post,
11. Brenda Knuppel,
12. Daniel Van Oss,
13. Kyles Vang,

Dated June 6, 2024.

STRANG BRADLEY, LLC,

By:     /s/ John H. Bradley
        John H. Bradley
        Wisconsin Bar No. 1053124
        R. Rick Resch
        Wisconsin Bar No. 1117722
        613 Williamson St., Suite 204
        Madison, Wisconsin 53703
        (608) 535-1550
        John@StrangBradley.com
        Rick@StrangBradley.com

        *Attorneys for Plaintiff*

LEIB KNOTT GAYNOR LLC

By:     / Douglas S. Knott
        Douglas S. Knott, SBN 1001600
        219 N. Milwaukee Street, Suite 710
        Milwaukee, WI 53202
        Telephone: (414) 276-2102
        Fax (414) 276-2140
        Email: dknott@lkglaw.net

        *Attorneys for the Advanced Correctional
        Healthcare, Inc., Ashley Pfeifer, and
        Roxanne Morris*

CRIVELLO, NICHOLS & HALL, S.C.,

By:     /s/ Sara C. Mills
        SAMUEL C. HALL, JR.
        State Bar No. 1045476
        SARA C. MILLS
        State Bar No. 1029470
        CRIVELLO, NICHOLS & HALL, S.C.
        710 N. Plankinton Avenue, Suite 500
        Milwaukee, WI 53203
        Phone: (414) 271-7722
        Fax: (414) 271-4438
        E-mail:
        SHall@CrivelloLaw.com
        SMills@CrivelloLaw.com

        *Attorneys for Defendants Calumet
        County, Maggie Ratajczak, Dalia
        Dedering, Katrina Rumpff, Lori
        Fleming, Kurt Mayer, Kimberly Sentek,
        Steven Johannes, Brian Breit, Kurt
        Kohler, Elizabeth Zahrobsky, Brian Post,
        Brenda Knuppel, Julie Hoerning, Brett
        Bowe, Daniel Van Oss, Kyles Vang, and
        Heather Zittlosw*