UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF DEMETRIUS L. STEPHENSON
BY SPECIAL ADMINISTRATOR RICHARD COAD,

   *Plaintiff,*

v.

                                                      Case No: 1:22-cv-956

CALUMET COUNTY, ET AL.,

   *Defendants.*

---

## DECLARATION OF JAMES ODELL

---

I, James Odell, declare and state that:

1. I am an attorney with Strang Bradley, LLC and one of the attorneys of record representing the Plaintiff in the above-captioned case and I make this declaration based on personal knowledge.

2. Exhibit A is a true and correct copy of Demetrius Stephenson's Medical Screening Report authored on 5/2/2019. This document is also Exhibit 2 to the deposition of Doctor Karen Ronquillo, a transcript of which has been filed separately.

3. Exhibit B is a true and correct copy of Calumet County Correctional Facility Incident Report # 190000059 authored on 5/3/2019 by Julie Hoerning. This document is also Exhibit 3 to the deposition of Julie Hoerning, a transcript of which has been filed separately.

4. Exhibit C is a true and correct copy of Calumet County Correctional Facility Incident Report # 190000085 authored on 6/13/2019 by Elizabeth Schwartz (formerly named Elizabeth Zahrobsky). This document is also Exhibit 3 to the deposition of Elizabeth Schwartz, a transcript of which has been filed separately.

5. Exhibit D is a true and correct copy of Calumet County Correctional Facility Incident Report #190000123 authored on 08/03/2019 by Elizabeth Schwartz. This document is also Exhibit 3 to the deposition of Elizabeth Schwartz, a transcript of which has been filed separately.

6. Exhibit E is a true and correct copy of the contract reached between Advanced Correctional Healthcare and Calumet County which was produced to me in discovery by Advanced Correctional Healthcare.

7. Exhibit F is a true and correct copy of Calumet County Correctional Facility policy II.2.00.90 - Bedding. This document is also Exhibit 1 to the deposition of Julie Hoerning, a transcript of which has been filed separately.

8. Exhibit G is a true and correct copy of a portion of Calumet County Correctional Facility policy II.07 – Mental Health. This document is also Exhibit 2 to the deposition of Julie Hoerning, a transcript of which has been filed separately.

9. Exhibit H is a true and correct copy of a sample Columbia Suicide Severity Rating Scale. This document is also Exhibit 1 to the deposition of Kristen Klotz, a transcript of which has been filed separately.

10. Exhibit I is a true and correct copy of an order, signed by Wisconsin Court Commissioner Eric R. Heywood in Winnebago County Case 2022PR00245, granting the special administrator of Demetrius Stephenson's estate the power to initiate a wrongful death lawsuit for damages.

11. Exhibit J is a true and correct copy of the progress notes kept by Calumet County Health and Human Services for Demetrius Stephenson during his time in Calumet County Correctional Facility. This document is also Exhibit 3 to the deposition of Kristen Klotz, a transcript of which has been filed separately.

12. Exhibit K is the autopsy report for the death of Demetrius Stephenson authored on August 21, 2019 by Adam Covach. This document was produced to me in discovery by Calumet County.

13. Exhibit L is a true and correct copy of a Calumet County Jail Inmate Communication Form, received by Julie Hoerning on August 12, 2019. This document is also Exhibit 7 to the deposition of Julie Hoerning, a transcript of which has been filed separately.

14. Exhibit M is a true and correct copy of the expert report authored by Dr. Brian Holoyda, Plaintiff's retained expert in this matter. This document is also Exhibit 1 to the deposition of Dr. Holoyda, a transcript of which has been filed separately.

15. Exhibit N is a true and correct copy of a medical release signed by Demetrius Stephenson and provided to Calumet County Health and Human Services. This document is also Exhibit 5 to the Rule 30(b)(6) deposition of Calumet County's designated witness Kristi LeClair, a transcript of which has been filed separately.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 21 June 2024.

    /s/ James Odell
James Odell