UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF DEMETRIUS L. STEPHENSON,

   *Plaintiff,*

   *v.*                                                     Case No: 1:22-cv-00956-WCG

CALUMET COUNTY, ET AL.,

   *Defendants.*

---

## PLAINTIFF'S WITNESS LIST
---

    Plaintiff, The Estate of Demetrius L. Stephenson, pursuant to Civ. L. R. 16(c) and the Court's Pretrial Order (ECF 261), discloses the following witnesses it intends to call at trial:

1. Melissa Petrie, 821 Randall Place, Oshkosh, WI 54901;
2. Nathaniel Stephenson, 510 Laurie Lane, Apt 1, Leesburg, FL 34748;
3. Eileen Petrie, N5902 Hwy 55, Hilbert, WI 54129;
4. Lori Petrie, 871 Carole Lane, Fond du Lac, WI 54935;
5. Rheanna Petrie, 820 E. Parkway Ave., Oshkosh, WI 54901;
6. Shayla Petrie, 717 Jefferson St., Oshkosh, WI 54901;
7. Tyrese Petrie, 821 Randall Place, Oshkosh, WI 54901;
8. Tremayne Stephenson, 2960 W. Spencer St., Apt. N14, Appleton, WI 54914;
9. Susan Vanne, 427 Reed St., Chilton, WI 53014;
10. Keith Vanne, 427 Reed St., Chilton, WI 53014;

11. Rozalynn Bertschy, 427 Union Ave., Oshkosh, WI 54901;

12. Cynthia Bob, 3983 Brooks Rd., Oshkosh, WI 54904;

13. Lisa Carlisle, 1901 Michael Rd., Waldorf, MD 20601;

14. Shannon Teska, (Defendant, represented by Ron Stadler);

15. Kristin Klotz, (Defendant, represented by Ron Stadler);

16. Krisi LeClair, (Defendant, represented by Ron Stadler);

17. Nicole Smith, (non-party represented by Ron Stadler);

18. Todd Romenesko, (non-party represented by Ron Stadler);

19. Lynn Brenner, (non-party represented by Ron Stadler);

20. Mark Wiegert, (non-party represented by Attorney Sara Mills);

21. Kurt Kohler, (non-party represented by Attorney Sara Mills);

22. Julie Hoerning, (non-party represented by Attorney Sara Mills);

23. Elizabeth Zahrobsky, (non-party represented by Attorney Sara Mills);

24. Dalia Dedering, (non-party represented by Attorney Sara Mills);

25. Brett Bowe, (non-party represented by Attorney Sara Mills);

26. Katrina Rumpff, (non-party represented by Attorney Sara Mills);

27. Brian Breit, (non-party represented by Attorney Sara Mills);

28. Roxanne Morris, (non-party represented by Attorney Doug Knott);

29. Dr. Melissa Caldwell, (non-party represented by Attorney Doug Knott);

30. Dr. Karen Ronquillo, (non-party represented by Attorney Maria Schneider);

31. Dr. Jose Alba; 4 Hycrest Ct., Appleton, WI 54914;

32. Adam Covach (Fond Du Lac County Medical Examiner's Office, 160 S. Macy Street, Fond du Lac, WI 54935);

33. Jonathan Luna-Diaz; Racine Correctional Institution, 2019 Wisconsin St., Sturtevant, WI 53177;

34. Rosendo Cortes-Casarrubias; 120 Lamp Lighter Dr., Apt. 5, Kaukauna, WI 54130;

35. Jordan Gasser; 119 School St., Chilton, WI 53014.

36. Dr. Darrell Ross, (Calumet County's expert witness)

37. Dr. Brian Holoyda (Plaintiff's expert witness)

Respectfully submitted,

Dated: 18 July 2025,

STRANG BRADLEY, LLC
Attorneys for Plaintiff

/s/ John H. Bradley
John H. Bradley
  Wisconsin Bar No. 1053124
R. Rick Resch
  Wisconsin Bar No. 1117722
James Odell
  Wisconsin Bar No. 1131587
Strang Bradley, LLC
613 Williamson St., Ste. 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
James@StrangBradley.com