# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**ESTATE OF DEMETRIUS L. STEPHENSON,**
                    Plaintiff(s),

        v.                     **TELEPHONE CONFERENCE**
                                            Case No. 22-C-956

**CALUMET COUNTY, et al.,**
                    Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Time Called: 1:31 p.m. |
| Proceeding Held: July 29, 2025 | Time Concluded: 1:34 p.m. |
| Deputy Clerk: Mara | Tape: Zoom 072925 |

**Appearances:**

    **Plaintiff(s):**    John Bradley

    **Defendant(s):**    Sara Mills for Calumet County
                            Ronald Stadler for HHS Defendants

---

The court notes the parties previously anticipated that the jury trial set to begin on 8/18/25 would last 8-10 days. The court informs the parties the trial will need to be completed <u>within 7 days</u> due to prior obligations and inquires if this will be an issue for the parties.

No concerns from counsel – parties believe the trial can be completed within the 7-day time frame and agree they will stay late, if necessary.