# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

THE ESTATE OF DEMETRIUS L. STEPHENSON
BY SPECIAL ADMINISTRATOR RICHARD COAD

V.

Calumet County, et al

## EXHIBIT AND WITNESS LIST

Case Number: 22-CV-956

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William C. Griesbach | John H. Bradley/James Odell | Ronald Stadler/Jonathan Sacks |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/18/2025 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1000 | | | | Discharge Summary [ECF 140-1] |
| | 1001 | | | | May 6, 2019 Mental Health Crisis Log [ECF 140-2] |
| | 1002 | | | | LeClair August 21, 2019 Progress Notes [ECF 140-3] |
| | 1003 | | | | Klotz May to August 2019 Progress Notes [ECF 138-1] |
| | 1004 | | | | May 6, 2019 Email [ECF 138-2] |
| | 1005 | | | | Teska August 13, 2019 Progress Notes [ECF 141-1] |
| | 1006 | | | | August 13, 2019 Email [ECF 141-2] |
| | 1007 | | | | Internal HHS policy [ECF 179-14] |
| | 1008 | | | | August 21, 2019 Investigation Interview Transcript [ECF 179-31] |
| | 1009 | | | | Recorded Interview of Melissa Petrie [1VM4673-docs produced by county on 01-20-2023 - CC-DLS000072 2019-08-21_17-58-14] |
| | 1010 | | | | Outagamie County Sheriff's Office Investigation Report [CC-DLS000023-000053] |
| | 1011 | | | | Medical screening report [ECF 169-6] |
| | 1012 | | | | Booking Sheet [ECF 169-5] |
| | 1013 | | | | May 3, 2019 Incident Report [ECF 170-1] |
| | 1014 | | | | Quality Improvement Event Analysis Summary [CC-DLS000001-000004] |
| | 1015 | | | | Calumet County Jail Policies related to suicide prevention and medical and mental health care [ECF 169-1] |
| | 1016 | | | | Ascension Medical Records [ACAL 001-074] |
| | 1017 | | | | UW Health Medical Records [UWH 001-211] |
| | 1018 | | | | Mosaic Family Health Records [MFH 001-146] |
| | 1019 | | | | Fox Cities Community Health Records [FCCH 1-36] |
| | 1020 | | | | Theda Care Behavioral Health Records [TB 001-044] |
| | 1021 | | | | Autopsy Report [Stephenson 0095-0107] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1022 | | | | Calumet County Jail Medical Records [Stephenson 0019-0056] |
| | 1023 | | | | Photographs of Cell Area [Stephenson 0108-0156, 0176-0262] |
| | 1024 | | | | Giant Pharmacy Records [Stephenson 0907-0930] |
| | 1025 | | | | ACH Contract [ECF 169-2] |
| | 1026 | | | | Visitation Log [ECF 169-9] |
| | 1027 | | | | ACH Medical History and Health Appraisal [ECF 169-13] |
| | 1028 | | | | Booking Reports [CC-DLS002617-002636] |
| | 1029 | | | | Dr. Sandip Buch Psychiatric Expert Witness Evaluation and CV [ECF 272-1, pp. 3-14] |
| | 1030 | | | | County Jail Sick Call Request [DEF 002] |
| | 1031 | | | | Audio recordings of calls from County Jail [CC-DLS000129] |
| | 1032 | | | | Audio recording of call from County Jail [CC-DLS000131] |
| | 1033 | | | | Audio recording of call from County Jail [CC-DLS000133] |
| | 1034 | | | | Audio recording of call from County Jail [CC-DLS000135] |
| | 1035 | | | | Audio recording of call from County Jail [CC-DLS000137] |
| | 1036 | | | | Audio recording of call from County Jail [CC-DLS000139] |
| | 1037 | | | | Undated Social Media Photograph |
| | 1038 | | | | August 29, 2018 Instagram Post |
| | 1039 | | | | July 15, 2018 Instagram Post |
| | 1040 | | | | April 26, 2018 Instagram Post |
| | 1041 | | | | November 29, 2018 Facebook Post |
| | 1042 | | | | November 29, 2018 Facebook Profile Picture |
| | 1043 | | | | January 25, 2019 Facebook Profile Picture |
| | 1044 | | | | Undated Facebook Posted Video |
| | 1045 | | | | May 8, 2018 Instagram Post |

Case No. 22-CV-956 — Estate of Demetrius Stephenson vs. Calumet County et al

Page 2 of 2 Pages