IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF DEMETRIUS L. STEPHENSON
BY SPECIAL ADMINISTRATOR RICHARD COAD,

    Plaintiff,

v.                                                         Case No. 22-CV-956

CALUMET COUNTY,
KRISTEN KLOTZ, SHANNON TESKA,
KRISTI LECLAIR,

    Defendants.

---

### CALUMET COUNTY'S RENWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FRCP 50(b)

---

Defendant Calumet County, by its attorneys, CRIVELLO, NICHOLS & HALL, S.C., hereby renews its motion with the Court, the Honorable William C. Griesbach presiding, for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(b) on Plaintiff's § 1983 *Monell* claim against Calumet County. The grounds for this motion were set forth on the record during trial [ECF 326, p. 4], and will be supplemented with the brief to be filed on or before October 9, 2025 pursuant to the Court's oral order that "a Party filing a Fed. R. Civ. Pr. Rule 50 Motion is due 30 days after the filing of the transcript." [ECF 326, p. 6]; *see also* [ECF 331-336] (transcript of the jury trial filed on September 9, 2025).

Dated this 18th day of September 2025.

>BY:   s/ *Sara C. Mills*
>SAMUEL C. HALL, JR.
>State Bar No. 1045476
>SARA C. MILLS
>State Bar No. 1029470
>CRIVELLO, NICHOLS & HALL, S.C.
>Attorneys for Defendant Calumet County,
>710 N. Plankinton Avenue, Suite 500
>Milwaukee, WI  53203
>Phone: 414-271-7722
>Fax:    414-271-4438
>Email: shall@crivellolaw.com
>       smills@crivellolaw.com